FILED
JAMES J. VILT, JR. - CLERK
FEB 25 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

NISSAN MOTOR ACCEPTANCE COMPANY LLC,

-vs-                                        Case No.: 4:26CV-88-DJH

ADRIAN AUTOMOTIVE GROUP 1 LLC,
d/b/a Adrian Nissan of Madisonville

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Kevin A. Stine, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Nissan Motor Acceptance Company LLC in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

   with offices at

   Mailing address: 3414 Peachtree Road, NE, Suite 1500

   City, State, Zip Code: Atlanta, Georgia 30326

   Telephone: (404) 577-6000

   E-Mail: kstine@bakerdonelson.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts AND the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| USDC Northern District of GA/GA | January 25, 1999 | 682588 |
| USDC Middle District of GA/GA | January 18, 2000 | 682588 |
| USDC Southern District of GA/GA | September 29, 2010 | 682588 |
| GA Court of Appeals/GA | October 26, 1999 | 682588 |
| GA Supreme Court/GA | October 26, 1999 | 682588 |
| USDC Northern District of FL/FL | January 26, 2011 | 682588 |
| USDC Western District of NC/NC | April 16, 2020 | 53237 |
| USDC Colorado/CO | December 14, 2021 | 682588 |
| 11th Circuit Court of Appeals/GA | February 2, 2005 | 682588 |

Check #080432 $150.00 R'cd in Owensboro

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____
_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☒ on-line tutorial **OR** ☐ authorized class room training **OR** ☐ other method Please explain:

_____
_____
_____

6. Applicant tenders with this Motion the following:

   ☑ The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kevin A. Stine to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

_____
Signature

602 Sevier Street, Suite 300
Mailing Address

Johnson City, TN
City/State

37604
Zip Code

(423) 928-0181
Telephone

cwallace@bakerdonelson.com
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

```
ORIGIN ID:TRIA    (423) 928-0181          SHIP DATE: 24FEB26
CHAD WALLACE                              ACTWGT: 1.00 LB
BAKER DONELSON BEARMAN CALDWEL            CAD: 102423428/INET4535
602 SEVIER ST
SUITE 300                                 BILL SENDER
JOHNSON CITY, TN 37604
UNITED STATES US

TO  JAMES J. VILT, JR., CLERK
    U.S. DISTRICT COURT
    423 FREDERICA STREET, SUITE 126

    OWENSBORO KY 42301
    (270) 689-4400    REF: 009225  2824779-000290
    INV:              DEPT:
    PO:
```



FedEx Express

WED - 25 FEB 10:30A
PRIORITY OVERNIGHT

TRK# 8890 2795 2781
0201                                        42301

XW OWBA                   KY-US  SDF



PRIORITY OVERNIGHT
364-3519

◀ Insert shipping document here.