UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

NISSAN MOTOR ACCEPTANCE
COMPANY LLC,                                                                          Plaintiff,

v.                                                                    Civil Action No. 4:26-cv-88-DJH-HBB

ADRIAN AUTOMOTIVE GROUP 1 LLC,                                          Defendant.

\* \* \* \* \*
**<u>ORDER</u>**

On May 11, 2026, Plaintiff Nissan Motor Acceptance Company LLC ("NMAC") and

Defendant Adrian Automotive Group 1 LLC agreed to a consent order (Docket No. 25), which the

Court entered (D.N. 26).  As part of the consent order, "[t]he Court shall separately issue a Writ

of Possession to NMAC . . . directing the United States Marshal to seize the Vehicle Inventory and

deliver possession of the same to NMAC or NMAC's designated agent(s)."  (*Id.*, PageID.166 ¶ 4)

The Writ of Possession "shall not be served or enforced unless and until NMAC provides written

notice of the Termination Event to Adrian Automotive and its counsel."  (*Id.*)  In light of this

provision, it is hereby

**ORDERED** that the parties **SHALL** file a proposed Writ of Possession **within ten (10)**

**days** of entry of this Order.  The proposed Writ of Possession shall be consistent with the

specifications in the consent order.  (*See* D.N. 26)

1