**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| NISSAN MOTOR ACCEPTANCE COMPANY LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:26-cv-00088-DJH |
| | ) ) | |
| ADRIAN AUTOMOTIVE GROUP 1 LLC, d/b/a Adrian Nissan of Madisonville, | ) ) ) | |
| Defendant. | ) ) | |

**WRIT OF IMMEDIATE POSSESSION**

TO:    THE UNITED STATES MARSHAL

FOR THE WESTERN DISTRICT OF KENTUCKY

You are hereby ordered to search for and seize the following described property by removing it from the premises of Defendant Adrian Automotive Group 1 LLC, d/b/a Adrian Nissan of Madisonville, or its agent(s):

**Inventory itemized in Exhibit A attached hereto.**

If any part of the property is in a private place, you shall announce your identity, purpose, and authority and demand possession. If the property is not voluntarily delivered, you may cause any building or enclosure where the property may be located to be broken open in such a manner as you reasonably believe will cause the least damage, but your authority to enter and search is limited to the following place or places:

**1801 Lantaff Boulevard, Madisonville, Kentucky 42431**

You shall levy on the property, if found, and then deliver possession of the same to Plaintiff by placing the property in the hands of Plaintiff or its designated agent.

1

You are further ordered to serve a copy of this Writ on the person in possession of the property. If the Defendant or its agent(s) fail to deliver possession of the property to you, or fail or refuse to disclose its exact whereabouts, you shall notify the Plaintiff by contacting Plaintiff's counsel.

Each Defendant listed above is hereby notified of the following: if you fail or refuse to deliver possession of the property described above to the United States Marshal, or if you fail or refuse to disclose its exact whereabouts to him or her, the United States Marshal shall notify Plaintiff's counsel, who, in turn will notify the Court, at which time you may be examined under oath as to the whereabouts and disposition of the property. If you fail to appear and be examined, you may be held in contempt of court.

May 29, 2026

**David J. Hale, Chief Judge**
**United States District Court**

{Additional Signatures on Following Page}

2

**Writ prepared by:**

*/s/ Chad E. Wallace*
Kevin A. Stine, GA Bar No. 682588*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Rd NE, Suite 1500
Atlanta, GA 30326
T: (404) 223-2207
E: kstine@bakerdonelson.com
*Admitted Pro Hac Vice*

Chad E. Wallace, KY Bar No. 92832
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
602 Sevier St., Suite 300
Johnson City, TN 37064
T: (423) 928-0181
E: cwallace@bakerdonelson.com

*Counsel for Plaintiff Nissan Motor Acceptance Company LLC*

**Writ consented to by:**

*/s/ Amy L. Miles (by Chad E. Wallace w/permission)*
Amy L. Miles, KY Bar No. 96339
STOLL KEENON OGDEN PLLC
400 W. Market St., Suite 2700
Louisville, KY 40202
Telephone: (502) 568-5751
E-mail: amy.miles@skofirm.com

*Counsel for Defendant Adrian Automotive Group 1 LLC*

3



**EXHIBIT A**
**TO WRIT OF IMMEDIATE POSSESSION**

Nissan Motor Acceptance Company LLC v. Adrian Automotive Group 1 LLC
Civil Action No. 4:26-cv-00088-DJH

|    | VIN | Make | Model | Year |
|----|-----|------|-------|------|
| 1  | 1FMCU0BZ4LUA84510 | Ford | Escape | 2020 |
| 2  | 1FMJU2A82REA71883 | Ford | Expedition | 2024 |
| 3  | 3GCUDEED2NG620513 | Chevrolet | Silverado 1500 | 2022 |
| 4  | JN8BT3BB4PW459365 | Nissan | RGE | 2023 |
| 5  | 1N6ED1EJ6SN645756 | NISSAN | 720 | 2025 |
| 6  | 1N6ED1EK5SN620548 | NISSAN | 720 | 2025 |
| 7  | 1N6ED1EK7SN654295 | NISSAN | 720 | 2025 |
| 8  | 1N6ED1EK7SN661201 | NISSAN | 720 | 2025 |
| 9  | 1N6ED1EK7TN614428 | NISSAN | 720 | 2026 |
| 10 | 1N6ED1EK9TN615855 | NISSAN | 720 | 2026 |
| 11 | 1N6ED1FKXSN627980 | NISSAN | 720 | 2025 |
| 12 | 1N4BL4BV5SN304310 | NISSAN | ALT | 2025 |
| 13 | 1N4BL4CV8SN413021 | NISSAN | ALT | 2025 |
| 14 | JN8AY3EE3S9402083 | NISSAN | ARM | 2025 |
| 15 | JN8AY3BB3S9102988 | NISSAN | ARM | 2025 |
| 16 | JN8AY3BB9T9121367 | NISSAN | ARM | 2026 |
| 17 | JN8AY3CC1S9201672 | NISSAN | ARM | 2025 |
| 18 | 5N1AZ3CS3SC103967 | NISSAN | MUR | 2025 |
| 19 | 5N1AZ3BSXSC125143 | NISSAN | MUR | 2025 |
| 20 | 5N1AZ3CS6SC119872 | NISSAN | MUR | 2025 |
| 21 | 5N1AZ3BS2SC105582 | NISSAN | MUR | 2025 |
| 22 | 5N1AZ3CS6SC106085 | NISSAN | MUR | 2025 |

| | | | | |
|---|---|---|---|---|
| 23 | 3N8AP6CA4SL424847 | NISSAN | NKX | 2025 |
| 24 | 3N8AP6CA8SL423135 | NISSAN | NKX | 2025 |
| 25 | 3N8AP6DA1SL412315 | NISSAN | NKX | 2025 |
| 26 | 3N8AP6DA5SL423429 | NISSAN | NKX | 2025 |
| 27 | 3N8AP6DA5SL425360 | NISSAN | NKX | 2025 |
| 28 | 3N8AP6DB3SL400062 | NISSAN | NKX | 2025 |
| 29 | 3N8AP6DB5SL346134 | NISSAN | NKX | 2025 |
| 30 | 5N1DR3DH7SC303136 | NISSAN | PTH | 2025 |
| 31 | 5N1BT3BB1TC686757 | NISSAN | RGE | 2026 |
| 32 | 5N1BT3BB6TC690139 | NISSAN | RGE | 2026 |
| 33 | 5N1BT3BB6TC723754 | NISSAN | RGE | 2026 |
| 34 | 5N1BT3BB8TC673844 | NISSAN | RGE | 2026 |
| 35 | 5N1BT3BB8TC674699 | NISSAN | RGE | 2026 |
| 36 | 5N1BT3BBXTC677815 | NISSAN | RGE | 2026 |
| 37 | 5N1BT3BBXTC688071 | NISSAN | RGE | 2026 |
| 38 | JN8BT3DD7TW472152 | NISSAN | RGE | 2026 |
| 39 | 3N1AB8CV3SY409366 | NISSAN | SEN | 2025 |
| 40 | 3N1AB8CVXSY412622 | NISSAN | SEN | 2025 |
| 41 | 3N1CN8DV3SL855836 | NISSAN | VSD | 2025 |
| 42 | 3N1CN8DV3SL885287 | NISSAN | VSD | 2025 |