# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | | |
|---|---|---|
| NISSAN MOTOR ACCEPTANCE COMPANY LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:26-cv-00088-DJH |
| | ) ) | |
| ADRIAN AUTOMOTIVE GROUP 1 LLC, d/b/a Adrian Nissan of Madisonville, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorneys' fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Chad E. Wallace*
Kevin A. Stine, GA Bar No. 682588*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Rd NE, Suite 1500
Atlanta, GA 30326
Telephone: (404) 223-2207
kstine@bakerdonelson.com
*Admitted Pro Hac Vice*

1

Chad E. Wallace, KY Bar No. 92832
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
602 Sevier St., Suite 300
Johnson City, TN 37064
Telephone: (423) 928-0181
cwallace@bakerdonelson.com

*Counsel for Plaintiff*
  *Nissan Motor Acceptance Company LLC*

*/s/ Amy L. Miles (by Chad E. Wallace w/permission)*
Amy L. Miles, KY Bar No. 96339
STOLL KEENON OGDEN PLLC
400 W. Market St., Suite 2700
Louisville, KY 40202
Telephone: (502) 568-5751
E-mail: amy.miles@skofirm.com

*Counsel for Defendant*
  *Adrian Automotive Group 1 LLC*

2